**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JASON ROBINSON.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:19-CR-00071-DAD-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **MODIFY CONDITIONS OF PRETRIAL** |
| vs. ) | **RELEASE** |
| ) | |
| JASON ROBINSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the defendant, JASON ROBINSON, through his counsel of record, Melissa Baloian, and the United States of America, by and through its counsel, Kimberly Sanchez, that Mr. Robinson's conditions of pretrial release be modified to remove the condition of electronic monitoring listed in section (7)(m), in his conditions of release.

In support of this stipulation the following is offered:

1. Mr. Robinson has been on pretrial supervision for approximately 10 months.
2. Mr. Robinson has complied with the terms and conditions of his pretrial release, has maintained regular contact with pretrial services, has provided clean drug tests, has attended counseling, and has complied with his electronic monitoring conditions.

In addition, Mr. Robinson continues to attend substance abuse counseling. Mr. Robinson's Third Party Custodian reports him to be doing well.

3. The parties believe that the proposed modification is appropriate in light of Mr. Robinson's performance on pretrial release.

4. United States Pretrial Services Officer, Darryl Walker, is in agreement with the proposed modification.

IT IS SO STIUPLATED.

Dated: January 13, 2020

/s/ MELISSA BALOIAN
_____
**Melissa Baloian**
Attorney for Defendant

Dated: January 13, 2020

/s/ KIMBERLY SANCHEZ
_____
**Kimberly Sanchez**
Assistant United States Attorney

--------------------------------------------------------------------------------

**ORDER**

IT IS SO ORDERED.

Dated: **January 13, 2020**

_____
UNITED STATES MAGISTRATE JUDGE