Melissa Baloain, SBN# 232602
Law Office of Melissa Baloian
5424 N. Palm Ave. Suite 106
Fresno, Ca. 93704
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant JASON ROBINSON,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-00071- DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE, AND ORDER** |
| vs. | |
| JASON ROBINSON, | Court: Hon. Dale A. Drozd |
| Defendant. | |

## STIPULATION

The defendant, JASON ROBINSON, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for a trial setting hearing on June 7, 2021, at 9:00 a.m.

2. Due to the court's closure based on COVID-19 restrictions, the previous jury trial date of June 22, 2021, was vacated.

3. By this stipulation, the defendant now moves to set the trial date to October 26, 2021, with a trial confirmation hearing on October 12, 2021, at 10 a.m.   Time is to be to

excluded between June 7, 2021, and October 26, 2020, under 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

4. The parties agree and stipulate, and request the Court find the following:

    a. The defense and the government have been in communication regarding this matter. The government has provided discovery and a change of plea agreement.

    b. Defense counsel requests additional time to review the discovery and plea agreement with the defendant and to conduct possible further investigation.

    c. The continuance until the trial confirmation hearing on October 12, 2021, will provide the necessary time for defense counsel and the defendant to review the matter for trial, and also finalize any potential plea negotiations.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of December 10, 2018, to February 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

//
//
//
//
//
//

IT IS SO STIUPLATED.

Dated: June 1, 2021

/s/ Melissa Baloian

_____
**MELISSA BALOIAN**
Attorney for Defendant

Dated: June 1, 2021

/s/ Kimberly A. Sanchez

_____
**KIMBERLEY A. SANCHEZ**
Assistant United States Attorney

-------------------------------------------------------------------------------

## **ORDER**

IT IS HEREBY ORDERED that the trial confirmation shall be continued to October 12, 2021 at 10:00, and that the jury trial be set for October 26, 2021 at 8:30.

IT IS FURTHER ORDERED that the time period of between June 7, 2021, and October 26, 2020, is excluded for purposes of the Speedy Trial Act.

IT IS SO ORDERED.

Dated: **June 1, 2021**     _____
                            UNITED STATES DISTRICT JUDGE

.