**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**PO Box 26116**
**Fresno, California 93729**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JASON ROBINSON.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>JASON ROBINSON,<br><br>　　　　　Defendant. | Case No.  1:19-CR-00071- DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, FINDINGS, AND ORDER**<br><br>Date: February 9, 2022<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

## STIPULATION

The defendant, JASON ROBINSON, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing hearing on February 9, 2022, at 1:00 p.m.

1. By this stipulation, defendant now moves to vacate the February 9, 2022, status conference, and set the case for a status conference in front of U.S. Magistrate Judge Barbara A. McAuliffe on May 11, 2022, at 1:00 pm, and to exclude time between February 9, 2022, and May 11, 2022, at 1:00 pm, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

//

2. The parties agree and stipulate, and request the Court find the following:

    a. The government has previously provided discovery to defense. Defense has provided discovery to the government.

    b. The government and defense have been discussing plea agreements and the parties are in the process of negotiating a resolution. Defense is in the process of further research to aid in mitigating a sentence on behalf of Mr. Robinson.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIUPLATED.

Dated: February 1, 2022

/s/ MELISSA BALOIAN
_____
**Melissa Baloian**
Attorney for Defendant

Dated: February 1, 2022

 /s/ KIMBERLY SANCHEZ
_____
**Kimberly Sanchez**
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the status conference is continued from February 9, 2022, to **May 11, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court has been informed by separate communication that counsel has had a death in the family. Based upon this reason, the Court will grant the continuance. The Court will not grant further continuances, absent good cause which will be narrowly construed, and will set a trial date at the May 11, 2022 status conference if the case is not resolved in advance of that status hearing.

IT IS SO ORDERED.

Dated: **February 1, 2022**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE