Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Jason Robinson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JASON ROBINSON,<br>Defendant. | Case No.: 1:19-CR-00071-ADA-BAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING ON OCTOBER 17, 2022** |

　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant JASON ROBINSON, and Kimberly A. Sanchez, Assistant United States Attorney, that the Sentencing hearing set for October 17, 2022, at 9:00 a.m. be continued to November 7, 2022, at 8:30 a.m.

　　　This stipulation is based on good cause.  U.S. Probation Officer Jesse Mora previously agreed with defense counsel Attorney Melissa Baloian and A.U.S.A. Kim Sanchez to continue the Sentencing Hearing prior to Ms. Baloian being substituted out. Neither party filed the stipulation to continue prior to Mr. Hammerschmidt taking over the case.

///

///

1

The stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

Dated:  September 27, 2022 /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Jason Robinson

Dated:  September 27, 2022 /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the Sentencing hearing in this case. Good cause appearing, the Sentencing hearing as to the above-named defendant currently scheduled for October 17, 2022, is continued until November 7, 2022, at 8:30 a.m., before the Hon. Ana de Alba.

IT IS SO ORDERED.

   Dated:   September 29, 2022

UNITED STATES DISTRICT JUDGE

2