Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Jason Robinson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:19-CR-00071-ADA-BAM-1 |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE THE SENTENCING** |
| vs. | ) **HEARING ON NOVEMBER 7, 2022** |
| | ) |
| | ) |
| | ) |
| JASON ROBINSON, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant JASON ROBINSON, and Kimberly A. Sanchez, Assistant United States Attorney, that the Sentencing hearing set for November 7, 2022, at 8:30 a.m., be continued to December 19, 2022, at 8:30 a.m.

This stipulation is based on good cause. Defense counsel is awaiting certain information necessary to prepare for Sentencing, including the report of an expert who recently assessed Mr. Robinson. It is anticipated that the information will be received within the next week. A continuance to December 19, 2022, provides sufficient time for defense counsel to obtain and review the information and prepare for Sentencing in this matter.

The stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

Dated:  November 2, 2022          /s/ Jeffrey T. Hammerschmidt
                                 JEFFREY T. HAMMERSCHMIDT
                                 Attorney for Jason Robinson

Dated:  November 2, 2022          /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the Sentencing hearing in this case.  Good cause appearing, the Sentencing hearing as to the above-named defendant currently scheduled for November 7, 2022, is continued until December 19, 2022, at 8:30 a.m. before the Honorable Ana de Alba.

IT IS SO ORDERED.

   Dated:   November 5, 2022          _____
                                      UNITED STATES DISTRICT JUDGE