Melissa B. Baloian, SBN 232602
Attorney at Law
2950 Mariposa Street
Fresno, CA, 93720
Telephone: (559) 352-2331
MBaloian.law@gmail.com

Attorney for Defendant Jason Robinson,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON ROBINSON,<br><br>Defendant. | No. 1:19-CR-00071-ADA-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MELISSA BALOIAN AS ATTORNEY OF RECORD AND ORDER** |

On April 4, 2019 Defendant Jason Robinson was indicted on federal charges. CJA Panel Attorney Melissa Baloian was appointed as trial counsel to represent Mr. Jason Robinson on April 5, 2019, in his criminal case. Mr. Robinson retained Jeffrey Hammerschmidt on September 7, 2022. Having completed her representation of Mr. Robinson, CJA attorney Melissa Baloian now moves to terminate her appointment under the Criminal Justice Act.

Dated:   March 9, 2023                   Respectfully submitted,


                                          /s/ Melissa Baloian
                                          Melissa Baloian,
                                          Attorney for Defendant

**ORDER**

Having reviewed the notice and found that attorney Melissa Baloian has completed the services for which she was appointed, the Court hereby grants attorney Melissa Baloian's request for leave to withdraw as defense counsel in this matter. The Defendant is currently represented by Jeffrey Hammerschmidt.

IT IS SO ORDERED.

Dated:   March 10, 2023

UNITED STATES DISTRICT JUDGE